**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDIN WILSON, | ) NO. CV 14-7871-FMO(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| THE DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL., | ) |
| Respondents. | ) |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 15, 2014.

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE